UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Velasco, | No.  1:25-cv-01406-JLT-GSA |
| Plaintiff, | ORDER GRANTING IN PART EXTENSION TO FILE RESPONSE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

The parties stipulate to a 14-day extension of time from April 3, 2026 to April 17, 2026 for Defendant to file a response brief.

Accordingly, it is **ordered** that Defendant's response brief deadline is extended to and including April 17, 2026.

IT IS SO ORDERED.

Dated:   __**March 29, 2026**__          _____**/s/ Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE