UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VELASCO, | No.  1:25-cv-1406-GSA |
| Plaintiff, | **ORDER GRANTING EAJA FEES** |
| v. | |
| Commissioner of Social Security, | |
| Defendants. | |

As stipulated, ECF No. 17, it is **ORDERED** that Plaintiff is awarded attorney fees and expenses in the amount of $8,150 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, according to the terms of the stipulation, ECF No. 17.

IT IS SO ORDERED.

Dated:    **May 5, 2026**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1